UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:05CR-6-H

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.

EDWARD RAIFSNIDER                                                              DEFENDANT

## MEMORANDUM AND ORDER

Defendant has moved for an extension of time in which to file a motion under 28 U.S.C. § 2255. In its response, the Government notes that in his plea agreement Defendant waived any and all rights to appeal, including his right to collaterally attack his conviction and sentence under 28 U.S.C. § 2255. Considering the waiver of these rights, the Court finds that Defendant is not entitled to an extension of time in which to assert them.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion for extension of time to file a motion under 28 U.S.C. § 2255 is DENIED.

cc:   Edward Raifsnider, *Pro Se*
      Counsel of Record